UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN PATRICK SMILEY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 11-cv-353-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Steven Patrick Smiley's motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g) is denied and that judgment is entered in favor of defendant United States of America and against plaintiff Steven Patrick Smiley.

**DATED: November 5, 2012**          NANCY J. ROSENSTENGEL, Clerk of Court

                                                                             By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**